**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jose Luis Vazquez−Contreras**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx−xx−9896** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Georgia** | | |
| Court website: | www.ganb.uscourts.gov | Date case filed for chapter **7** | **4/11/17** |
| Case number: | **17−40860−pwb** | | |

# Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline

12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Copy fees or access charges may apply. A free automated response system is available at 866−222−8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's full name** | Jose Luis Vazquez−Contreras | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 980 Beaverdale Rd NE<br>Dalton, GA 30721−7561 | |
| **4. Debtor's attorney**<br>Name and address | Robert Scott Rickman<br>Rickman & Associates, PC<br>Suite 200<br>1755 North Brown Road<br>Lawrenceville, GA 30043<br><br>Contact phone (678) 500−9546<br>Email: thegeorgialawfirm@gmail.com | |
| **5. Bankruptcy trustee**<br>Name and address | Thomas D. Richardson<br>Brinson, Askew, Berry, et al.<br>P. O. Box 5007<br>Rome, GA 30162−5007 | Contact phone 706−291−8853 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | M. Regina Thomas<br>Clerk of Court<br><br>Room 339, Federal Building<br>600 East First Street<br>Rome, GA 30161−3187 | Office Hours: 8:00 a.m. − 4:00 p.m.<br><br>Court website: www.ganb.uscourts.gov<br><br>Contact phone 706−378−4000 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Bring a copy of this notice with you. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **May 25, 2017 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>TO THE DEBTOR: Bring an original government issued photo ID and confirmation of social security number. Provide the Trustee a copy of your most recently filed tax return seven days prior to the meeting, but DO NOT FILE WITH THE COURT. | Location:<br><br>**Room 111, Federal Building, 600 East First Street, Rome, GA 30161** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/24/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Georgia

In re:
Jose Luis Vazquez-Contreras
Debtor

Case No. 17-40860-pwb
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-6 User: dam2 Page 1 of 1 Date Rcvd: Apr 12, 2017
Form ID: 309a Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2017.

db Jose Luis Vazquez-Contreras, 980 Beaverdale Rd NE, Dalton, GA 30721-7561
tr Thomas D. Richardson, Brinson, Askew, Berry, et al., P. O. Box 5007, Rome, GA 30162-5007
20653261 Hamilton County Criminal Court, 600 Market St Ste 102, Chattanooga, TN 37402-4874
20653262 Lendmark Financial Services, 100 W Walnut Ave Ste 124, Dalton, GA 30720-8439
20653263 PennyMac Loan Services, PO Box 660929, Dallas, TX 75266-0929
20653265 Republic Finance, 100 W Walnut Ave Ste 5, Dalton, GA 30720-8402

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

aty E-mail/Text: thegeorgialawfirm@gmail.com Apr 12 2017 20:02:14 Robert Scott Rickman, Rickman & Associates, PC, Suite 200, 1755 North Brown Road, Lawrenceville, GA 30043
ust +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 12 2017 20:02:18 Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315
20653258 EDI: CAPITALONE.COM Apr 12 2017 20:03:00 Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083
20653259 EDI: RCSFNBMARIN.COM Apr 12 2017 20:03:00 Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872
20653260 E-mail/Text: bankruptcy@farmbureaubank.com Apr 12 2017 20:02:26 Farm Bureau Bank, PO Box 33427, San Antonio, TX 78265-3427

TOTAL: 5

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

20653264 ##+Pentagroup Financial LLC, 5959 Corporate Dr Ste 14500, Houston, TX 77036-2311

TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2017 at the address(es) listed below:

Office of the United States Trustee ustpregion21.at.ecf@usdoj.gov
Robert Scott Rickman on behalf of Debtor Jose Luis Vazquez-Contreras thegeorgialawfirm@gmail.com, kim@whitfieldcountylaw.com;dan@whitfieldcountylaw.com
Thomas D. Richardson trichardson@brinson-askew.com, ga46@ecfcbis.com

TOTAL: 3